165 F.3d 658w
 1998-2 Trade Cases P 72,382, 49 U.S.P.Q.2d 1349,
98 Cal. Daily Op. Serv. 9357,
98 Daily Journal D.A.R. 13,071
 COASTAL ABSTRACT SERVICE, INC., Plaintiff-Appellee,
v.
FIRST AMERICAN TITLE INSURANCE COMPANY; John M. Hollenbeck,
Defendants-Appellants.
 No. 96-56675.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted May 6, 1998.
Decided Dec. 28, 1998.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION